# BROWN & HUTCHINSON
ATTORNEYS AND COUNSELORS AT LAW

925 CROSSROADS BUILDING
TWO STATE STREET
ROCHESTER, NEW YORK 14614

TELEPHONE (585) 454-5050
FAX (585) 454-5066

T. ANDREW BROWN
MICHELLE A. HUTCHINSON*
RONIT ZUSMAN
MICHAEL COBBS
LANGSTON D. McFADDEN
R. ANDREW FEINBERG
SPENCER L. ASH
THOMAS J. KIDERA**
GEORGE F. HILDEBRANDT**
MELISSA A. MEYER

PARALEGALS

JENN A. BAYLARK
KIM C. CABRERA
ANGELA V. CLARKE
DEBORAH C. D'AMBROSIO

\* ALSO ADMITTED IN ILLINOIS
\*\* OF COUNSEL

November 16, 2006

**VIA FACSIMILE 613-4065 and U.S. MAIL**

Hon. Michael A. Telesca
United States District Courthouse
100 State Street
Rochester, New York 14614

Re: **Clanton v. Schlegel Systems, Inc., et al**
Civil Action Nos. 03-CV-6491T(F) and 05-CV-6456T(F)

Dear Judge Telesca:

Plaintiff's response papers to defendants' motion for summary judgment are due tomorrow, Friday, November 16, 2006. Due to an extraordinary state court trial schedule over the past few weeks, I have been unable to finalize plaintiff's response papers. Additionally, my client is out of town until Wednesday, November 22, 2006 tending to an urgent family matter and is unavailable until then to sign her affidavit in opposition to defendants' motion. Based on the foregoing, I respectfully request a one (1) week extension up to and including Friday, November 24, 2006 to file plaintiff's response papers. Both Lucinda Lapoff, Esq., attorney for defendants Schlegel, Page, Bauer, and Pitts and Michael T. Harren, Esq., attorney for defendant UNITE were out of the office today. I left messages with both of them requesting their consent to the extension. I anticipate that they will consent to plaintiff's request herein.

Very truly yours,

Michael Cobbs

MC/nh
cc: Lucinda Lapoff, Esq. (via facsimile and U.S. Mail)
Michael T. Harren, Esq. (via facsimile and U.S. Mail)

So Ordered.
S/MICHAEL A. TELESCA
**Judge Michael A. Telesca**
DATED: 11/17/06